UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL WARD, | Case No: CV12-01108 DSF(SPx) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

## O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 10/18/2012

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE